UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61358-VALLE

<u>CONSENT CASE</u>

ROBERT JOSEPH BRANDON,

    Plaintiff,

v.

GEORGIAN COURT APARTMENT
NORTH, INC. *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT**

THIS MATTER is before the Court upon Plaintiff's Notice of Acceptance of Offer of Judgment of Defendant Georgian Court Apartment North, Inc. ("GC North") (ECF No. 18) (the "Notice"). Pursuant to Federal Rule of Civil Procedure 68, a party defending against a claim may serve upon an opposing party an offer to allow judgment on specified terms, with the costs then accrued. Fed. R. Civ. P. 68(a). If the opposing party serves notice of accepting the offer, then the Court must enter judgment. *Id.*

Here, on August 19, 2020, Plaintiff filed the Notice indicating that he had accepted GC North's offer of judgment pursuant to Rule 68. (ECF No. 18). On March 2, 2021, Plaintiff and Co-Defendant Georgian Apartments, Inc. ("GC Apartments") filed a Motion for Approval of a separate Settlement Agreement between Plaintiff and GC Apartments. (ECF No. 50).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. **FINAL JUDGMENT** pursuant to Rules 68 and 58 of the Federal Rules of Civil Procedure is entered in favor of Plaintiff and against GC North in the amount of $4,120.69.

2. The case remains administratively **CLOSED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, on March 10, 2021.

                                                                                  _____
                                                                                  ALICIA O. VALLE
                                                                                  UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record